THE HONORABLE FRANKLIN BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD HIBDON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>STAFFORD CREEK CORRECTIONS CENTER, a Washington state operated correctional facility; WASHINGTON STATE DEPARTMENT OF CORRECTIONS; JUDITH MILLER an agent of the State of Washington; DAVID THOMPSON, an agent of the State of Washington; LUCIANO L. FIGUEROA, an agent of the State of Washington; ANITA TRAVIS, an agent of the State of Washington; and JANE and JOHN DOES 1-20,<br><br>　　　　　　Defendants. | NO. C06 5469 FDB<br><br>STIPULATION AND ORDER STAYING PROCEEDINGS |

　　　Plaintiff, Defendant Stafford Creek Corrections Center ("SCCC"), Defendant Washington State Department of Corrections ("DOC"), Defendant Judith Miller, Defendant David Thompson, Defendant Luciano L. Figueroa, and Defendant Anita Travis, hereby stipulate that all further proceedings in this matter shall be stayed pending resolution of the Plaintiff's state law claims in Pierce County Superior Court. The parties further agree that

STIPULATION AND ORDER STAYING PROCEEDINGS - 1 of 5
(C06 5469 FDB)
[07 Jan 23 Hibdon C06-5469 Stip Order Staying Proceedings.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

Plaintiff will not amend his state court complaint to include his federal claim under 42 USC § 1983.

DATED this ____ day of January, 2007.

GORDON, THOMAS, HONEYWELL,
MALANCA, PETERSON & DAHEIM LLP


By_____
   Thomas B. Vertetis, WSBA No. 29805
   tvertetis@gth-law.com
   Jason P. Amala, WSBA No. 37054
   jamala@gth-law.com
   Attorneys for Plaintiff


Approved as to Form; Notice of
Presentation Waived:

ATTORNEY GENERAL OF WASHINGTON


By_____

   Paul F. James, WSBA #13525
   Attorneys for Defendants SCCC, DOC, Thompson, Figueroa, and Travis

PAINE HAMBLEN COFFIN BROOKE & MILLER, LLP


By_____
   Gerald Kobluk, WSBA No. 22994
   Attorneys for Defendant Miller

STIPULATION AND ORDER STAYING PROCEEDINGS - 2 of 5
(C06 5469 FDB)
[07 Jan 23 Hibdon C06-5469 Stip Order Staying Proceedings.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

## ORDER

THIS MATTER having come before the above-entitled Court upon the above Stipulation and Order Staying Proceedings, and the Court having reviewed the files and pleadings herein, and having deemed itself fully apprised in the premises, now, therefore, it is hereby ORDERED, ADJUDGED AND DECREED that all further proceedings in this matter shall be stayed pending resolution of the Plaintiff's state law claims in Pierce County Superior Court.

DATED this 23rd day of January 2007.

*(signature)*

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

GORDON, THOMAS, HONEYWELL,
MALANCA, PETERSON & DAHEIM LLP

By_____
   Thomas B. Vertetis, WSBA No. 29805
   tvertetis@gth-law.com
   Jason P. Amala, WSBA No. 37054
   jamala@gth-law.com
   Attorneys for Plaintiff

STIPULATION AND ORDER STAYING PROCEEDINGS - 3 of 5
(C06 5469 FDB)
[07 Jan 23 Hibdon  C06-5469 Stip Order Staying Proceedings.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

Approved as to Form; Notice of
Presentation Waived:

ATTORNEY GENERAL OF WASHINGTON


By_____

    Paul F. James, WSBA #13525
    Attorneys for Defendants SCCC, DOC, Thompson, Figueroa, and Travis

STIPULATION AND ORDER STAYING PROCEEDINGS - 4 of 5
(C06 5469 FDB)
[07 Jan 23 Hibdon C06-5469 Stip Order Staying Proceedings.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500  -  FACSIMILE (253) 620-6565

PAINE HAMBLEN COFFIN BROOKE & MILLER, LLP

By_____
   Gerald Kobluk, WSBA No. 22994
   Attorneys for Defendant Miller

## CERTIFICATE OF SERVICE

I hereby certify that on January __, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Paul F. James at PaulJ@atg.wa.gov, and Gerald Kobluk at Gerald.kobluk@painehamblen.com.

   s/ Thomas B. Vertetis
WSBA No. 29805
Jason P. Amala
WSBA No. 37054
Attorneys for Plaintiffs
Gordon, Thomas, Honeywell, Malanca, Peterson & Daheim LLP
1201 Pacific Avenue, Suite 2100
Tacoma WA 98402
Telephone: (253) 620-6500
Fax: (253) 620-6565
E-mail:   tvertestis@gth-law.com
jamala@gth-law.com

STIPULATION AND ORDER STAYING PROCEEDINGS - 5 of 5
(C06 5469 FDB)
[07 Jan 23 Hibdon  C06-5469 Stip Order Staying Proceedings.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA, PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON  98401-1157
(253) 620-6500  -  FACSIMILE (253) 620-6565